CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
NOV 16 2012
JULIA C. DUDLEY, CLERK
BY: /s/ M. Hu
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DION RANDOLPH WILLIS, ) | Civil Action No. 7:12-cv-00517 |
| Plaintiff, ) | |
| ) | **MEMORANDUM OPINION** |
| v. ) | |
| ) | By: Jackson L. Kiser |
| HAROLD W. CLARKE, et al., ) | Senior United States District Judge |
| Defendant(s). ) | |

DION RANDOLPH WILLIS, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered October 25, 2012, the court directed plaintiff to submit within 10 (ten) days from the date of the Order specific conditions. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 (twenty) days have elapsed, and plaintiff has failed to comply with the conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with those noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 16th day of November, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge