IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DION RANDOLPH WILLIS,<br>    Plaintiff, | Civil Action No. 7:12-cv-00517 |
| v. | **DISMISSAL ORDER** |
| HAROLD W. CLARKE, <u>et al.</u>,<br>    Defendant(s). | By:  Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 16th day of November, 2012.

                                      /s/ Jackson L. Kiser
                                      Senior United States District Judge